**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| G&M MARINE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-06-0500 |
| | § | |
| MSW EQUIPMENT, LLC, | § | |
| CRIMSON MARINE, INC., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

TO ALL COUNSEL OF RECORD

Shortly after this case was filed, defendant MSW Equipment, LLC filed a motion to dismiss for lack of personal jurisdiction. This court ordered a response by March 13, 2006. A series of motions for continuance informed this court that the parties were engaged in settlement discussions. MSW asked to delay filing responses to G&M Martine's discovery requests to minimize its attorney's fees and facilitate settlement. The parties also asked for several delays in G&M Marine's response to MSW's motion to dismiss for lack of jurisdiction. This court granted the request for the delays, but is concerned that the issue of personal jurisdiction remains unresolved.

No later than **September 1, 2006**, the parties are to inform this court of the status of the settlement discussions and of any needed discovery relevant to the personal jurisdiction issue raised in the motion to dismiss.

SIGNED on August 25, 2006, at Houston, Texas.

Lee H. Rosenthal
United States District Judge